Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>       v.<br><br>JERRY VASQUEZ,<br><br>             Defendant. | DOCKET NO. 6:14-mj-0105-MJS<br><br>**NOTICE OF WITHDRAWAL OF STATEMENT OF ALLEGED PROBATION VIOLATION(S) AND REQUEST TO VACATE REVIEW HEARING; AND ORDER THEREON**<br><br>Court: U.S. District Court – Yosemite<br>Judge: Honorable Michael J. Seng |

Defendant, Jerry Vasquez, was arrested September 14, 2014, in Yosemite National Park and charged with four counts in a criminal complaint: Count 1: driving under the influence of alcohol; Count 2: driving under the influence with a BAC above 0.08%, Count 4, operating a motor vehicle without due care, and Count 4: possession of alcohol when under the age of 21.  VASQUEZ plead guilty November 5, 2014, to Count 1, and the other counts were dismissed. VASQUEZ was sentenced to the following: 12 months of unsupervised probation, pay a $1,000 fine, attend DUI first offenders program, obey all laws, and to report new law violations.  The Government filed a Statement of Alleged Probation Violation(s) on September 29, 2015 alleging VASQUEZ had failed to complete the DUI course. A review hearing was scheduled for October 7, 2015 at 10:00 A.M.  The Government has subsequently been provided with proof of completion of the

1

DUI course.  The Government herewith withdraws its Allegation of Probation Violation in this matter and requests the currently scheduled Review Hearing be vacated.

Dated: October 1, 2015	`	By: /s/ Susan St. Vincent
	Susan St. Vincent
	Legal Officer
	Yosemite National Park, CA

**THE COURT ORDERS AT THE GOVERNMENT'S REQUEST:**

The Statement of Alleged Probation Violation(s) is retracted, and the Review Hearing on October 7, 2015 at 10:00 A.M. is vacated.

IT IS SO ORDERED.

Dated:   October 5, 2015	/s/ *Michael J. Seng*
	UNITED STATES MAGISTRATE JUDGE